VAN–019 Deficiency Notice – Petitions (BNC) – Rev. 01/27/2026

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Aidan Brooks Hunt
 ( debtor has no known aliases )
9169 W State St
PMB 3731
Garden City, ID 83714

CASE NO.: 26–00526–5–DMW

DATE FILED: February 4, 2026

CHAPTER: 7

TaxID: 86–3620628

## DEFICIENCY NOTICE

To: Aidan Brooks Hunt

The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **February 18, 2026** .

Statement of Intent.

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Statement of Intent must be filed by **March 6, 2026** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

**Online payments:** You may pay your filing fees online with a debit card or ACH (electronic payment from a bank account). To pay online go to https://www.pay.gov/public/form/start/1291202947 or scan the QR code for quick access. Credit card payments are not accepted.



DATED: February 4, 2026

Ahronda Crossman
Deputy Clerk