VAN–004 Order for Payment of Filing Fees in Installments – Rev. 05/03/2024

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Aidan Brooks Hunt
9169 W State St
PMB 3731
Garden City, ID 83714

TaxID: 86–3620628

CASE NO.: 26–00526–5–DMW

DATE FILED: February 4, 2026

CHAPTER: 7

ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

IT IS ORDERED that the debtor(s) pay the filing fees still owing, in the amount of $338.00, within fourteen (14) days following the date first set for the meeting of creditors called pursuant to 11 U.S.C. § 341, or as otherwise ordered by the court upon appropriate motion for extension and for cause shown.

IT IS FURTHER ORDERED that the debtor(s) shall not make further payments to an attorney or to any other person who renders services to the debtor(s) in connection with this case, until all filing fees have been paid in full.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 1006–1(d), EDNC, the debtor(s) and the attorney for the debtor(s) is responsible for knowing the amount of the payment and date the payment is due. No reminders will be provided from the court of the date due. If the debtor fails to make the payment as scheduled, after hearing on notice, the court may deny the debtor's discharge or dismiss the case.

IT IS FURTHER ORDERED that all payments are made using one of the following options:

By certified check or money order mailed to PO Box 791, Raleigh, NC 27602 or brought into the clerk's office at 300 Fayetteville Street, 4th Floor, Raleigh, NC 27601, or online as indicated below.

**Online payments:** You may pay your filing fees online with a debit card or ACH (electronic payment from a bank account). To pay online go to https://www.pay.gov/public/form/start/1291202947 or scan the QR code for quick access. Credit card payments are not accepted.



DATED: February 4, 2026

David M. Warren
United States Bankruptcy Judge