VAN–006 Order Appointing Interim Trustee and Approving Standing Bond – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

IN RE:
Aidan Brooks Hunt
9169 W State St
PMB 3731
Garden City, ID 83714

TaxID: 86–3620628

CASE NO.: 26–00526–5–DMW

DATE FILED: February 4, 2026

CHAPTER: 7

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

John C Bircher III
John C. Bircher III, Trustee
209 Pollock Street
New Bern, NC 28560

DATED: February 5, 2026

David M. Warren
United States Bankruptcy Judge